UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

SAID BOUROUIS,

                        Plaintiff,

      -against-

NATIONAL RAILROAD CORP., NATIONAL RAILROAD
PASSENGER CORPORATION AND JOSE GONZALEZ,

                        Defendants.
_____

Docket No. 1:22-CV07661

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that GREGORY S. NEWMAN of NEWMAN, ANZALONE & NEWMAN, LLP., hereby enters and appears on behalf of the Plaintiff, **SAID BOUROUIS**, and requests that copies of all papers in this action be served on the undersigned. Gregory S. Newman is admitted or otherwise authorized to practice in this Court.

Dated: Rego Park, New York
       January 9, 2023

_____
By: Gregory S. Newman, Esq. (GN4547)
**NEWMAN, ANZALONE & NEWMAN, LLP**
*Attorneys for Plaintiff*
SAID BOUROUIS
95-25 Queens Boulevard
11th Floor
Rego Park, New York 11374
(718) 896-2700