

# NEWMAN, ANZALONE & NEWMAN, LLP
*Attorneys at Law*

95-25 Queens Boulevard
11th Floor
Rego Park, New York 11374

MORRIS J. NEWMAN
LUCILLE A. ANZALONE
*Members of NY & FL Bars*

GREGORY S. NEWMAN
*Member of NY Bar*

Tel: (718) 896-2700
Fax: (718) 896-2560
email@nanlawfirm.com

January 9, 2023

<u>Via ECF</u>
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

## MOTION FOR REMAND AND COSTS

**Re:    BOUROUIS v. NATIONAL RAILROAD CORP., NATIONAL RAILROAD PASSENGER CORPORATION and JOSE GONZALEZ**

**Docket No.   1:22-cv-07661-BMC**

Dear Hon. Brian M. Cogan:

Plaintiff, Said Bourouis ("Bourouis"), by his Attorneys Newman, Anzalone & Newman, LLP., submit this letter motion seeking remand of this action to New York State Supreme Court, Queens County.

The action arises out of a motor vehicle accident on May 29, 2021. Plaintiff, Bourouis, was driving near the intersection of Fresh Pond Road and Metropolitan Avenue in Queens, New York, when he was struck by a vehicle operated by Jose Gonzalez and owned by National Railroad Corp.

The New York City Police Accident report documents that the operator of vehicle 1 defendant, Jose Gonzalez, stated "he was attempting to stop at location but slid due to the rain and wet pavement causing him to strike vehicle 2". Gonzalez's residence is reported to be Queens County, NY. A copy of the New York City Police Accident report is attached.

Bourouis initiated this action in New York Supreme Court, Queens County. Venue was based on plaintiff's residence in Queens County, NY.

Plaintiff's complaint alleges that the defendant operated his motor vehicle in a dangerous and careless manner and seeks recovery for non-economic loss as set forth in section 5102(a) of the New York Insurance Law.

On December 16, 2022 defendants removed the action to the United States District Court Eastern District of New York based on federal question jurisdiction.

## I. REMAND

Federal jurisdiction is available only when a federal question is presented, 28 U.S.C. § 1331, or when the plaintiff and defendant are of diverse citizenship and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. A case may be removed from state court to federal court only if it could have originally been commenced in federal court on either the basis of federal question or diversity jurisdiction. *Citibank, N.A. v. Swiatkoski,* 395 F.Supp.2d 5, 8 (E.D.N.Y.2005) (citing 28 U.S.C. § 1441(a)). In making this determination, courts are permitted to look to materials outside the pleadings, "includ[ing] documents appended to a notice of removal or a motion to remand that convey information essential to the court's jurisdictional analysis." *Romano v. Kazacos,* 609 F.3d 512, 520 (2d Cir.2010). Federal question jurisdiction exists when the plaintiff raises claims under federal law. Removal is "strictly construed" and the removing party bears the burden of establishing removal is proper. If a federal court determines that it lacks subject matter jurisdiction over the removed case, the case must be remanded. 28 U.S.C. § 1447(c). Removal statutes are to be strictly construed, and any doubts are to be resolved in favor of remand. *See Beatie & Osborn LLP v. Patriot Scientific Corp.,* 431 F.Supp.2d 367, 38283 (S.D.N.Y.2006); *Codapro Corp. v. Wilson,* 997 F.Supp. 322, 324–25 (E.D.N.Y.1998). The burden of showing the proper exercise of jurisdiction by the removal court rests with the party seeking removal. *See Cal. Pub. Emps. Ret. Sys. v. WorldCom, Inc.,* 368 F.3d 86, 100 (2d Cir.2004); *Grimo v. Blue Cross/Blue Shield of Vt.,* 34 F.3d 148, 151 (2d Cir.1994). *Schulman v MyWebGrocer, Inc.*, 14-CV-7252 ENV RML, 2015 WL 3447224, at *1 [EDNY May 28, 2015]

A copy of the plaintiff's complaint is annexed to defendants' removal. The complaint does not raise claims under federal law and plaintiff respectfully requests that this matter be remanded to State Court.

## II. COST, EXPENSES AND FEES

Bourouis requests costs and actual expenses, including attorney's fees pursuant to 28 U.S.C. § 1447(c), which provides "[a]n order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal." *See Certain Underwriters at Lloyd's London v. Art Crating, Inc.,* No 12–CV–5078, 2014 WL 123488, at *2 (E.D.N.Y. Jan.10, 2014). A determination of whether an award of attorney's fees is warranted turns on whether or not a defendant had an "objectively reasonable basis" for the subject removal. *Martin v. Franklin Capital Corp.,* 546 U.S. 132,136, 141 (2005). *Schulman v MyWebGrocer, Inc.,* 14-CV-7252 ENV RML, 2015 WL 3447224, at *3 [EDNY May 28, 2015]

Here, Defendants have not set forth the basis for removal and have no objective reasonable basis for removal.

Respectfully submitted,

Newman, Anzalone & Newman, LLP.
By: Gregory S. Newman, Esq. (GN4547)

cc:
Via ECF
Charles W. Mondora, Esq.
Landman Corsi Ballaine & Ford P.C.
One Gateway Center, 22nd Floor
Newark, NJ 07102
(973) 623-2700

# POLICE ACCIDENT REPORT (NYC)
## MV-104AN (7/11)

Page 1 of 2

Precinct: 104
Accident No: MV-2021-104-000850

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Self Investigated at Scene | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 5 | Day 29 | Year 2021 | SATURDAY | 04:30 | 2 | 0 | 0 | ☐ Reconstructed ☐ | ☐ | ☐ Yes ☑ No |

### VEHICLE 1

☑ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

**Vehicle 1 Driver**
License ID Number: 618322918  State: NY
Driver Name: GONZALEZ, JOSE
Address: 68-15 64 PLACE
City: QUEENS  State: NY
Date of Birth: 5/8/1970  Sex: M
No. of Occupants: 1

Name exactly as printed on registration:
NATIONAL RAIL ROAD CORP

Plate Number: MG6850G  State: PA  Year/Make: 2013 CHEVROLET  Vehicle Type: SW/SUV  Ins. Code: 25682

**Vehicle 2 Driver**
License ID Number: 300764957  State: NY
Driver Name: BOUROUIS, SAID
Address: 63-37 AUSTIN STREET
City: QUEENS  State: NY  Zip: 11374
Date of Birth: 6/3/1988  Sex: M
No. of Occupants: 1

Name exactly as printed on registration:
BOUROUIS, SAID  Sex: M  DOB: 6/3/1988
Address: 63-37 AUSTIN STREET
City: QUEENS  State: NY  Zip: 11374

Plate Number: KLE9965  State: NY  Year/Make: 2014 INFINITI  Vehicle Type: SW/SUV  Ins. Code: 325

### VEHICLE 1 DAMAGE CODES
- Box 1 - Point of Impact: 2
- Box 2 - Most Damage: 2
- Enter up to three more Damage Codes: 1, 3, 2

### VEHICLE 2 DAMAGE CODES
- Box 1 - Point of Impact: 10
- Box 2 - Most Damage: 10
- Enter up to three more Damage Codes: 9

Vehicle Towed: By TRIANGLE to 57-11 79 AVENUE

### ACCIDENT DIAGRAM
DIAGRAM ATTACHED ON SUBSEQUENT PAGE
4 RIGHT ANGLE

Cost of repairs to any one vehicle will be more than $1000
☐ Unknown/Unable to Determine  ☑ Yes  ☐ No

**Coordinates:**
Latitude Northing: 40.712696
Longitude Easting: -73.900604

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☐ NEW YORK ☑ QUEENS ☐ RICHMOND
Road on which accident occurred: FRESH POND ROAD
at 1) intersecting street: METROPOLITAN AVENUE

**Accident Description/Officer's Notes:** AT TPO DRIVER OF VEHICLE 1 STATES HE WAS ATTEMPTING TO STOP AT LOCATION BUT SLID DUE TO THE RAIN AND WET PAVEMENT CAUSING HIM TO STRIKE VEHICLE 2 CAUSING DAMAGE. DRIVER OF VEHICLE 2 STATES HE WAS DRIVING STRAIGHT AT LOCATION WHEN HE SUDDENLY STRUCK BY VEHICLE 1 CAUSING DAMAGE. NO INJURIES. PD DID NOT OBSERVE INCIDENT

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 51 | M | - | - | - | - | - | | | | GONZALEZ, JOSE | |
| B | 2 | 1 | 4 | 1 | 32 | M | - | - | - | - | - | | | | BOUROUIS, SAID | |

Officer's Name: ANDREW R HEINLEIN
Signature: POM
Tax ID No: 966100
NCIC No: 03030
Precinct: 104
Reviewing Officer: SGT EDWARD T REIMAN
Date/Time Reviewed: 05/29/2021 11:19

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front.)

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) | |
| Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☑ No | | |
| Address | | | Name | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | | | Shield No. |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1   **HC2ECAP477M052614**     Vehicle No. 2   **6092488172031**

Expiration Date **02/01/2022**     Expiration Date **11/10/2021**

VIN     VIN   **5N1AL0MM9EC511782**

**WITNESS** (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If added person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

| PROPERTY DAMAGED (other than vehicles) | OWNER OF PROPERTY (include city agency, where applicable) |
|---|---|
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle | —Operator's First Name | Last Name | | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | | Dept. Vehicle No. | | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren    ☐ Horn    ☐ Turret Light    ☐ 4-Way Flasher    ☐ High-Level Warning Lights    ☐ Traffic Cones    ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal      ☐ Complying with Station House Directive
☐ Pursuing Violator      ☐ Routine Patrol
☐ Other (Describe)

MV-104AN (7-11)          Page **2** of **2** Pages

10:40  

← 2021-05-29 police r...



Right Angle : MV-2021-104-000850
Reporting Officer : POM ANDREW R HEINLEIN
Reviewing Officer : SGT EDWARD T REIMAN Reviewed Date : 05/29/2021 11:19