

**NEWMAN, ANZALONE & NEWMAN, LLP**
*Attorneys at Law*

95-25 Queens Boulevard
11th Floor
Rego Park, New York 11374

Tel: (718) 896-2700
Fax: (718) 896-2560
email@nanlawfirm.com

MORRIS J. NEWMAN
LUCILLE A. ANZALONE
*Members of NY & FL Bars*
———
GREGORY S. NEWMAN
*Member of NY Bar*

January 9, 2023

<u>Via ECF</u>
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**<u>RESPONSE TO ORDER TO SHOW CAUSE</u>**

Re:    **BOUROUIS v. NATIONAL RAILROAD CORP., NATIONAL RAILROAD PASSENGER CORPORATION and JOSE GONZALEZ**

Docket No.   **1:22-cv-07661-BMC**

Dear Hon. Brian M. Cogan,

I, Gregory S. Newman, Esq. submit this letter in response to sua sponte order to show cause dated January 8, 2023.

I am an attorney duly admitted to practice law in the United States District Court for the Eastern District of New York, having been admitted on February 17, 2021, and have made no misrepresentations otherwise.

Defense attorney, Sameh Awad, alerted me to the case management deadline on January 6, 2022, the deadline date to file same, as well as the January 10, 2023 conference. Upon review of the removal it appeared that removal was improper. Mr. Awad initially explained that the removal was based on diversity jurisdiction, then stated federal question.  I asked him to withdraw the removal application and advised him that I would be filing a motion for remand.   There was not enough notice to draft and fully explain plaintiff's position, but I have since filed a letter motion for remand and costs.

Based on the foregoing, I respectfully submit that sanctions and referral to the grievance committee in unjustified.

Respectfully submitted,

Newman, Anzalone & Newman, LLP.
By: Gregory S. Newman, Esq. (GN4547)

cc:
Via ECF
Charles W. Mondora, Esq.
Landman Corsi Ballaine & Ford P.C.
One Gateway Center, 22nd Floor
Newark, NJ 07102
(973) 623-2700