# U.S. District Court

## New York Eastern - Brooklyn

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Jan 13, 2023 1:59PM

NEWMAN, ANZALONE & NEWMAN, LLP.

Rcpt. No: 100004177  Trans. Date: Jan 13, 2023 1:59PM  Cashier ID: #SM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 118 | Sanctions/Contempt of court Fines | | 1 | 400.00 | 400.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | Unscannable Check/Money Order | #VV155 | 01/13/2023 | | $400.00 |
| | | | Total Due Prior to Payment: | | $400.00 |
| | | | Total Tendered: | | $400.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 22-CV-7661

**RECEIPT AMENDED** by staff #2368 1/13/2023 2:40 PM
**AMENDMENT VERIFIED** by staff #2365 1/13/2023 3:35 PM
**Correction Reason:** 99) Other Unable to scan.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.